No. 76–423. PUYALLUP TRIBE, INC., ET AL. v. DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash. [Certiorari granted, 429 U. S. 976.] Motion of respondents Northwest Steelheaders Council of Trout, Unlimited, et al. for additional time for oral argument denied. Alternative request for divided argument granted.

No. 76–447. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. v. BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, 429 U. S. 958.] Motion of respondent Detroit Board of Education to argue on behalf of all respondents denied. Divided argument on behalf of respondents allowed.

No. 76–496. WOLMAN ET AL. v. ESSEX, SUPERINTENDENT OF PUBLIC INSTRUCTION OF OHIO, ET AL. Appeal from D. C. S. D. Ohio. [Probable jurisdiction noted, 429 U. S. 1037.] Motion of National Coalition for Public Education and Religious Liberty for leave to file a brief as *amicus curiae* granted.

No. 76–558. RAYMOND MOTOR TRANSPORTATION, INC., ET AL. v. RICE, SECRETARY, WISCONSIN DEPARTMENT OF TRANSPORTATION, ET AL. Appeal from D. C. W. D. Wis. Probable jurisdiction noted. MR. JUSTICE STEVENS took no part in the consideration or decision of this appeal.

No. 76–697. NORTHRUP v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–863. A. LASAPONARA & SONS, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 76–913. FISHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.